# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: 11-CV-2365 (ADM/SER)

| | |
|---|---|
| Robert Reich, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Scoops Sports Bar Inc. d/b/a Scoop's Pub & Grill and Scoops Bar & Grill,<br><br>Defendants. | **ORDER** |

Based on the Stipulation of Dismissal With Prejudice filed by the parties [*Docket No. 17*], **IT IS HEREBY ORDERED** that all claims asserted against non-party John Presinger and Scoop's Sports Bar Inc. in the above-entitled action are hereby DISMISSED WITH PREJUDICE and without costs, disbursements or attorney fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

**BY THE COURT:**

Dated this 22nd day of February, 2012.

s/Ann D. Montgomery

Ann D. Montgomery
United States District Judge